IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>                 Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>                 Defendant. | 8:18CV73<br><br>**MEMORANDUM<br>AND ORDER** |

The clerk's office received a lengthy email from Plaintiff in which he appears to provide information about, among other things, his current address or lack thereof. Plaintiff is informed that, pursuant to local rule, the court does not consider a notice of change of address or other documents submitted via email to the clerk as filed with the court. *See* NECivR 5.1(d). The court, therefore, will not act on Plaintiff's email submission and it will not be made part of the record. If Plaintiff wishes to update his address, he may do so by mailing, hand-delivering, or electronically filing (after registering for CM/ECF) a notice of new address to the clerk. Accordingly,

IT IS ORDERED that no action will be taken on the email submitted by Plaintiff.

Dated this 3rd day of April, 2018.

                                                      BY THE COURT:

                                                      s/ *Richard G. Kopf*
                                                      Senior United States District Judge