# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON, | |
| Plaintiff, | **8:18CV73** |
| vs. | |
| STATE OF NEBRASKA, | **MEMORANDUM AND ORDER** |
| Defendant. | |

Plaintiff filed his Complaint in this matter on February 16, 2018, while he was incarcerated. The court granted him leave to proceed in forma pauperis on March 29, 2018, also while he was incarcerated. Plaintiff updated his address on April 4, 2018, upon registering for CM/ECF, indicating that he is no longer incarcerated. (*See* Filing No. 10 and Docket Sheet.)

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $400.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The clerk of the court is directed to set a pro se case management deadline with the following text: **May 7, 2018**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 6th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge