IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ERIC M. ROBINSON, | |
|---|---|
| Plaintiff, | 8:18CV73 |
| vs. | |
| STATE OF NEBRASKA, | MEMORANDUM AND ORDER |
| Defendant. | |

Plaintiff, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. ([Filing No. 15](#).) Upon review of Plaintiff's motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

IT IS THEREFORE ORDERED that:

1. Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner. Plaintiff is advised that the next step in Plaintiffs case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

2. The clerk of the court is directed to update the court's records to reflect Plaintiff is no longer liable for the remaining balance of the filing fee.

Dated this 7th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge