IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON, | |
| Plaintiff, | 8:18CV73 |
| vs. | |
| STATE OF NEBRASKA, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the court on Plaintiff Eric M. Robinson's response ([filing no. 45](#)) to the court's January 3, 2020 Memorandum and Order ([filing no. 44](#)), which the court construes as a motion for clarification. Robinson asks, "Why is there no mention of Lori Maret and CI18-462 in any of your '2' orders for 8:18CV73?" ([Filing No. 45 at CM/ECF p. 2](#).) In response, the court will simply refer Robinson to footnote 4 on page 5 of the court's January 3, 2020 Memorandum and Order. If Robinson is dissatisfied with the court's decisions, he may pursue an appeal to the Eighth Circuit Court of Appeals. Accordingly,

IT IS ORDERED that Plaintiff Eric M. Robinson's response ([filing no. 45](#)), construed as a motion for clarification, is granted to the extent consistent with this Memorandum and Order.

Dated this 9th day of January, 2020.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge