IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>　　　　　Defendant. | 8:18CV73<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the court on several motions filed by Plaintiff Eric M. Robinson. (Filing Nos. 48-49 & 51-59.) Upon careful consideration and for the reasons stated in the court's January 3, 2020 Memorandum and Order (filing no. 44),

　　　　IT IS ORDERED that: Plaintiff's motions (filing nos. 48, 49, 51, 52, 53, 54, 55, 56, 57, 58, & 59) are denied. This matter is closed, and Plaintiff should not file any further pleadings in this case.

　　　　Dated this 15th day of April, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　Senior United States District Judge